## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**AMBROSE BERNARD WILLIAMS**                                                   **PLAINTIFF**

v.                              Case No. 5:14-CV-05077

**NURSE DARLA WATSON;**
**and DEPUTY FREEMAN**                                                         **DEFENDANTS**

### ORDER

Currently before the Court is the Report and Recommendation (Doc. 44) ("R&R") of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, filed in this case on July 29, 2016, regarding Separate Defendant Nurse Darla Watson's Motion for Summary Judgment (Doc. 34) and Brief in Support (Doc. 35). Plaintiff Ambrose Bernard Williams filed Objections to the R&R (Doc. 45) on August 15, 2016.

After reviewing Mr. Williams' Objections, the Court finds he does not provide any basis in fact or law as to why the Court should decline to adopt the Magistrate Judge's R&R. He merely explains again, briefly, the reasons why he has sued Nurse Darla Watson and then asks that the Motion for Summary Judgment be denied. The Court, having reviewed the record *de novo*, concurs with the Magistrate's reasoning and legal conclusions and agrees that summary judgment should be granted with respect to all claims against Nurse Watson. Mr. Williams' Objections, which lack both specificity and substance, are therefore overruled. As for Deputy Freeman, the case against him must be dismissed without prejudice, just as the Magistrate Judge recommends, as he was never successfully served.

Accordingly, **IT IS ORDERED** that the R&R (Doc. 44) is **ADOPTED IN ITS ENTIRETY**, Defendant Nurse Darla Watson's Motion for Summary Judgment (Doc. 34) is

**GRANTED**, and all claims against her are **DISMISSED WITH PREJUDICE**.  The claims against Defendant Deputy Freeman are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m), for failure to effect service upon him.  Final judgment will enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 25th day of August, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE